1   **Kirby Spencer**
2   **2654 W Horizon Ridge Pkwy**
    **B-5 #334**
3   **Henderson, NV 89052**
    **702-825-0252**
4   **kirby.teamworx@gmail.com**

2013 FEB -7 A 9: 09

5

6   **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF NEVADA**
7   **LAS VEGAS DIVISION**

8

9   KIRBY SPENCER                          )        2:13-cv-00206-RCJ-CWH

            Plaintiff,                      )
10
                                           )
11
                                           )
        vs.                                 )        **COMPLAINT AND DEMAND FOR**
12
    ATG CREDIT LLC                          )         **JURY TRIAL**
13
            Defendant.                      )
14                                          )        **(UNLAWFUL DEBT COLLECTION**
                                           )
15                                          )        **PRACTICES)**
16                                          )
                                           )
17                                          )
                                           )
18   _____          )

19                              **NATURE OF ACTION**
20
21   1.   This is an action brought under the 47 U.S.C. § 227 Telephone Consumer Protection Act
22        ("TCPA").

23                         **JURISDICTION AND VENUE**
24
25   2.          **Jurisdiction.** This court's jurisdiction arises under 15 U.S.C. §1692k(d).

26   3.          **Venue.**  Venue is appropriate in this court because the plaintiff resides in this
27   district.
28

## **PARTIES**

4.        **Plaintiff.** KIRBY SPENCER is a person located in the Las Vegas area.

5.        **Defendants.** ATG CREDIT LLC ("Defendant") is an entity that, according to its website, is a debt collector. Defendant is a company with its headquarters in Chicago, IL.

## **FACTUAL ALLEGATIONS**

6.  Defendant made 17 unlawful phone calls originated from an automated dialer to the Plaintiff's cellular phone during a time span of six months. The violations occurred in 2012 during the months of May, June, July, August, September, and October.

## **COUNT I**

## **DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT**

7. Defendant violated Telephone Collection Practices Act ("TCPA") 47 U.S.C. § 227(b)(1)(B).

WHEREFORE, Plaintiff, respectfully requests judgment be entered against Defendant, for the following:

a)  Awarding Plaintiff statutory damages of $25,000.00 pursuant to Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227(b)(3).

b) Awarding Plaintiff any other relief that this Honorable Court deems appropriate.

Respectfully submitted this 7th day of February, 2013

By: _Kirby Spencer_
    Kirby Spencer

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KIRBY SPENCER, demands a jury trial in this case.

COMPLAINT AND DEMAND FOR JURY TRIAL

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF NEVADA          )
COUNTY OF CLARK          )

Plaintiff, Kirby Spencer, states as follows:

1.   I am the Plaintiff in this civil proceeding.

2.   This civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

3.   This civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

4.      I have filed this Complaint in good faith and solely for the purposes set forth in it.

5.      Each and every exhibit I have provided or attached to this Complaint is a true and correct copy of the original.

6.      Except for clearly indicated redactions made where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some have my my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, Kirby Spencer, hereby declare under penalty of perjury that the foregoing is true, correct and materially complete.

By: _____
Kirby Spencer

DATE: ___2-7-13_____