CRAIG K. PERRY, Esq.
Nevada State Bar No.: 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
craig@craigperry.com

*Attorney for Plaintiff*
*Kirby Spencer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO.: 2:13-cv-00206-JAD-CWH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| ATG CREDIT, LLC., | |
| Defendant. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff KIRBY SPENCER, by and through his attorney of record, CRAIG K. PERRY, Esq., of CRAIG K. PERRY & ASSOCIATES, and ATG CREDIT, LLC., Defendants, by and through its counsel of Record, LOUIS V. CSOKA, Esq. of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and hereby stipulate to dismiss the above-entitled litigation with prejudice.

///

///

///

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear their own attorneys' fees and costs.

Dated this 22nd day of August, 2013.                Dated this 22nd day of August, 2013.

COOPER LEVENSON APRIL                               CRAIG K. PERRY & ASSOCIATES
NIEDELMAN & WAGENHEIM, P.A.

*Carey Werner, #10911*                              /s/ Craig K. Perry

Louis V. Csoka, Esq.                                Craig K. Perry, Esq.
State Bar No.: 010911                               State Bar No.: 3786
6060 Elton Avenue, Suite A                          7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89107                                 Las Vegas, Nevada 89117
Telephone (702) 366-1857                            Telephone (702) 228-4777
Attorney for Defendant                              Attorney for Plaintiff
ATG CREDIT, LLC                                     KIRBY SPENCER

## O R D E R

**IT IS HEREBY ORDERED** that this action is hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

_____
Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE
DATED: September 3, 2013

Submitted by:

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
_____
CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Attorney for Plaintiff
KIRBY SPENCER