CRAIG K. PERRY, Esq.
Nevada State Bar No.: 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
craig@craigperry.com

*Attorney for Plaintiff*
*Kirby Spencer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>    Plaintiff,<br><br>vs.<br><br>ATG CREDIT, LLC.,<br><br>    Defendant. | CASE NO.: 2:13-cv-00206-JAD-CWH<br><br>STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff KIRBY SPENCER, by and through his attorney of record, CRAIG K. PERRY, Esq., of CRAIG K. PERRY & ASSOCIATES, and ATG CREDIT, LLC., Defendants, by and through its counsel of Record, LOUIS V. CSOKA, Esq. of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and hereby stipulate to dismiss the above-entitled litigation with prejudice.

///

///

///

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear their own attorneys' fees and costs.

Dated this 22nd day of August, 2013.

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

Carey Hernan, #10911
Louis V. Csoka, Esq.
State Bar No.: 010911
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone (702) 366-1857
Attorney for Defendant
ATG CREDIT, LLC

Dated this 22nd day of August, 2013.

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
Craig K. Perry, Esq.
State Bar No.: 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Telephone (702) 228-4777
Attorney for Plaintiff
KIRBY SPENCER

## O R D E R

**IT IS HEREBY ORDERED** that this action is hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

_____
Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE
DATED: September 3, 2013

Submitted by:

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
_____
CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Attorney for Plaintiff
KIRBY SPENCER